**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Cameron Stevenson, Appellant.

Appellate Case No. 2010-170046

———————

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-138
Submitted February 1, 2013 – Filed April 10, 2013

———————

**APPEAL DISMISSED**

———————

Appellate Defender Tristan M. Shaffer and Appellate Defender Susan B. Hackett, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barry Joe Barnette, of Spartanburg, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.